IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL LLOYD WORRELL,

      Appellant,

 v.

Case No.  5D23-165
LT Case No. 16-2012-CF-8774-AX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 28, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Tatiana Salvador, Judge.

Michael L. Worrell, Graceville, pro
se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


JAY, BOATWRIGHT and MACIVER, JJ., concur.